UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INTERNATIONAL BRACHYTHERAPY, S.A., <br><br> Plaintiff, <br><br> v. <br><br> CORE ONCOLOGY, INC., et al., <br><br> Defendants. | CASE NO. C11-0123-TSZ <br><br> ORDER DIRECTING BRIEFING ON PLAINTIFF'S MOTION FOR COSTS AND TERMS |

The motion of defendants' counsel Starla Goff and the firm Smith Freed & Eberhard, P.C., was granted by this Court on November 5, 2012, subject to the right of the plaintiff to request an award of related terms or sanctions. The parties shall observe the following briefing schedule:

| | |
|---|---|
| Plaintiff's Brief due (including an itemization of costs and terms requested): | December 3, 2012 |
| Defendant's Response due: | December 17, 2012 |
| Plaintiff's optional Reply due: | December 21, 2012 |

ORDER DIRECTING BRIEFING ON PLAINTIFF'S
MOTION FOR COSTS AND TERMS
PAGE -1

01    DATED this 16th day of November, 2012.

                                    /s/ Mary Alice Theiler
                                    Mary Alice Theiler
                                    United States Magistrate Judge

ORDER DIRECTING BRIEFING ON PLAINTIFF'S
MOTION FOR COSTS AND TERMS
PAGE -2