01

02

03

04

05

06          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08 INTERNATIONAL BRACHYTHERAPY,      )
   S.A.,                             )     CASE NO. C11-0123-TSZ
09                                   )
          Plaintiff,                 )
10                                   )     ORDER DIRECTING BRIEFING ON
   v.                                )     PLAINTIFF'S MOTION FOR COSTS
11                                   )     AND TERMS
                                     )
12 CORE ONCOLOGY, INC., et al.,      )
                                     )
13        Defendants.                )
   _____    )

14

15         The motion of defendants' counsel Starla Goff and the firm Smith Freed & Eberhard,

16 P.C., was granted by this Court on November 5, 2012, subject to the right of the plaintiff to

17 request an award of related terms or sanctions.   The parties shall observe the following briefing

18 schedule:

19         Plaintiff's Brief due (including an itemization
           of costs and terms requested):                    December 3, 2012
20
           Defendant's Response due:                         December 17, 2012
21
           Plaintiff's optional Reply due:                   December 21, 2012
22

ORDER DIRECTING BRIEFING ON PLAINTIFF'S
MOTION FOR COSTS AND TERMS
PAGE -1

01    DATED this 16th day of November, 2012.

02

03                                          _____
                                            Mary Alice Theiler
04                                          United States Magistrate Judge

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DIRECTING BRIEFING ON PLAINTIFF'S
MOTION FOR COSTS AND TERMS
PAGE -2